In The United States District Court For The
Middle District Of Tennessee

Shawn Sheets
plaintiff
V.
Cumberland County, TN Jail and
Fast Pace Medical
defendant(s)

RECEIVED
JUL 19 2023
U.S. District Court
Middle District of TN

## 1983 Complaint

I am plaintiff Shawn Sheets. On June 14, 2023 I passed out after I was denied adequate medical treatment by the Cumberland County, TN jail medical provider who's Fast Pace Medical. I was passing out or just dropping to the floor without warning in that I had no control over my body. I have rapidly lost weight due to inadequate food portion or quanity at the Cumberland County, TN jail. I kept requesting help from the jail medical provider to find out what's wrong with me. Being a possible diabetic was suggested but I wasn't given the evening snack nor was I given tests I kept requesting. Pg 1 of 2

On June 14, 2023 I was served an aggressive type of CPR after I collapsed to the ground. During the CPR type assistance, several correctional officers were using an extreme pressure and rubbing of my middle chest area. The officers made matters worse in that something in my chest broke. I am still denied medical treatment but I have demanded X-rays for what the correctional officers did. The correctional officers realized the excessive force they forced upon me in that they responded with a "write up" to cover up the assault against me. I was denied my good time due to the bogus write up and in retaliation to my 1st ammendment right in that I continued to seek help and then complain concerning my medical.

I'm detained in that I'm refused adequate medical treatment. I'm detained in that I'm denied adequate food portions or quanity. I was subjected to excessive force in that officers broke a body part and covered it up by writing me up and taking my good time.

I'm requesting adequate medical, adequate food portions, and monetary relief of $125,000.

Respectfully Submitted this July 15, 2023  Pg 2 of 2

X _Shaun Shaeter_  7-15-2023

Shawn Sheets
90 Justice Center Drive
Crossville, TN 38555

RECEIVED
JUL 19 2023
U.S. District Court
Middle District of TN

Legal Mail

U.S.D.C.
719 Church St,
Nashville, TN 37203

Cumberland County Sheriff's Department neither inspected or censored and is not responsible for contents.
Sheriff Casey Cox